# United States Bankruptcy Court
## District of Kansas

| In re | Helen Lucille Uitts | Case No. | **08-21437** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## MOTION TO REOPEN CASE,

**COMES NOW** Debtor, by and through Jonathan C. Becker, and moves the Court to Reopen Bankruptcy Case, in order to pursue entry of Certificate of Compliance and obtain her discharge. In support hereof, Debtor states and allege as follows:

1. Debtor Filed a Voluntary Chapter 13 on June 20, 2008.

2. The Case was closed without a discharge on July 22, 2013.

3. Debtor needs to file a Certificate of Compliance and Motion for Discharge in order to receive her discharge.

**WHEREFORE** Debtor moves the Court to Reopen the Case in order to file a Certificate of Compliance & Motion for Discharge and for such other relief as the Court deems just and equitable.

            **JONATHAN C. BECKER,**
            **ATTORNEY AT LAW, P.A.**

        By: /s/ Jonathan C. Becker_____
          Jonathan C. Becker, #13983
          3120 Mesa Way, Suite B
          Lawrence, KS   66049-4203
          785/842-0900
          785/371-0952
          jayhawkattorney@gmail.com
          **Attorney for Debtor**

## CERTIFICATE OF MAILING

  I hereby certify that on this October 9, 20139 October 2013 a true and correct copy of above and foregoing was electronically filed with the Court using the CM/ECF System, which sent notification to all parties of interest participating in the CM/ECF system.

Additionally, a copy of the above and foregoing, was deposited in the U.S. Mail by CertificateofService, postage prepaid to the parties listed on the attached matrix on the 9 October 2013

/s/ Jonathan C. Becker_____
Jonathan C. Becker