**SO ORDERED.**

**SIGNED this 29th day of January, 2014.**



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:

Helen Lucille Uitts

                                  Debtor(s).                      Case No 08-21437

_____

### NOTICE OF NONEVIDENTIARY HEARING

**NOTICE IS HEREBY GIVEN** that a hearing to consider and act upon:

**Motion to Reopen Case**

will be held before the U. S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101 on **February 21, 2014 @ 10:30 am.**

###

```
                          United States Bankruptcy Court
                                District of Kansas
In re:                                                                    Case No. 08-21437-DLS
Helen Lucille Uitts                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 1083-2        User: ktoni               Page 1 of 1                 Date Rcvd: Jan 29, 2014
                            Form ID: pdf020           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2014.
```
db         +Helen Lucille Uitts,    215 N. Chestnut,    Iola, KS 66749-2839
aty        +Amy Payment,    CompuCredit,   16 McLeland Rd.,    St Cloud, MN 56303-2160
cr        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
            (address filed with court:   Jefferson Capital Systems LLC,    PO Box 23051,
              Columbus, GA   31902-3051)
cr         +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr          eCAST Settlement Corporation,    PO Box 35480,    Newark, NJ   07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/Text: cio.bncmail@irs.gov Jan 29 2014 23:41:58     Internal Revenue Service,
              271 W 3rd St N Ste 3000,    Stop 5333 WIC,   Wichita, KS   67202
cr         +E-mail/PDF: rmscedi@recoverycorp.com Jan 29 2014 23:47:14
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, Fl 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Beneficial Mortgage Co. of Kansas, Inc.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2014 at the address(es) listed below:
```
              Ashley Osborn    on behalf of Creditor   Beneficial Mortgage Co. of Kansas, Inc.
               ksbkecf@southlaw.com
              David D Zimmerman    on behalf of Creditor   Internal Revenue Service david.zimmerman@usdoj.gov,
               Rhonda.McKinzie@usdoj.gov
              Jonathan C Becker    on behalf of Debtor Helen Lucille Uitts jayhawkattorney@gmail.com,
               jhawkbarrister@gmail.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
              William H Griffin    ecfgriff@13trusteeks.com
                                                                                             TOTAL: 5
```